IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEVIN L. COLEMAN, | § | |
| | § | No. 4, 2016 |
| Defendant Below-<br>Appellant, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below-<br>Appellee. | § | |
| | § | |

**ORDER**

Pursuant to the provisions of Del. Supr. Ct. R. 29(a), the parties to this appeal having both stipulated to the voluntary dismissal of the matter, it is hereby ordered that this appeal is dismissed with prejudice.

**IT IS SO ORDERED** this 19th day of August, 2016.

BY THE COURT:

_____
Justice